

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-91,215-01

**EX PARTE JACOB DOUGLAS ELLISON, Applicant**

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. W13588-1 IN THE 355TH DISTRICT COURT
### FROM HOOD COUNTY

*Per curiam*.

### O R D E R

Applicant entered an open plea of guilty to aggravated sexual assault of a child and was sentenced by a jury to ninety-nine years' imprisonment. The Second Court of Appeals affirmed his conviction. *Ellison v. State*, No. 02-18-00056-CR (Tex. App. — Fort Worth August 22, 2019) (not designated for publication). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

On June 17, 2020, this Court remanded the application to the trial court to obtain affidavits and findings addressing Applicant's ineffective assistance of trial counsel claims. On August 5, 2020, this Court received the supplemental record after remand. In response to this Court's remand

order, the trial court made findings of fact and conclusions of law.

On November 17, 2020, this Court received a supplemental filing from Hood County, which contains an amended habeas application filed by Applicant on the Article 11.07 habeas form in Hood County on an unspecified date. The amended application contains three additional grounds for review. This Court has reviewed those additional grounds and finds them to be without merit.

Based on the trial court's findings and conclusions and this Court's independent review of the entire record, relief is denied.

Filed: December 9, 2020
Do not publish